# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  LANCE BENNETT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIV-14-1368-D |
| 1.  IFCO SYSTEMS N.A., INC., | ) ) ) | |
| and | ) ) | |
| 2.  PALLET COMPANIES, L.L.C., | ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the parties and, pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii), Plaintiff Lance Bennett, and Defendants, IFCO Systems, N.A., Inc. and Pallet Companies, L.L.C., stipulate that this matter is dismissed with prejudice with all parties to bear their own costs and attorney's fees.

**RESPECTFULLY SUBMITTED THIS 26th DAY OF JANUARY, 2016**.

s/ Amber L. Hurst
Mark Hammons, OBA No. 3784
Amber L. Hurst, OBA No. 21231
HAMMONS, GOWENS, HURST
        & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: amberh@hammonslaw.com
*Counsel for Plaintiff*

AND

s/Kathleen R. Barrow
(Signed by filing counsel with Ms. Barrow's permission)

Kathleen R. Barrow, OBA No. 15325
JACKSON LEWIS, P.C.
510 9th Street, Suite 200
Rapid City, SD 57701
Telephone: (605) 791-3602
Facsimile: (605) 791-3615
E-mail: barrowk@jacksonlewis.com
*Lead Counsel for Defendants*

Sam R. Fulkerson, OBA No. 14370
McAfee & Taft
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
Sam.Fulkerson@mcafeetaft.com
*Local Counsel for Defendants*